### 3697. GRAY & DUDLEY HARDWARE COMPANY v. CORNELIA FURNITURE COMPANY.

POTTLE, J. Under the ruling of this court in *Brown* v. *Pickett,* 3 *Ga. App.* 554, the court erred in refusing to sustain the certiorari.

*Judgment reversed.*

DECIDED FEBRUARY 12, 1912. REHEARING DENIED MARCH 2, 1912.

Certiorari; from Habersham superior court—Judge J. B. Jones. August 17, 1911.

*McMillan & Erwin, W. S. Paris,* for plaintiff in error.
*J. C. Edwards, R. C. Ramey,* contra.